**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **SHANNON DEAN BARLOW, # 183626,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 20-00088-KD-B |
| | * |
| **STEPHEN BILLY,** *et al.*, | * |
| | * |
| **Defendants.** | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 16) is made, the Report and Recommendation of the Magistrate Judge (doc. 15) made under 28 U.S.C. § 636(b)(1)(B) and dated August 7, 2020 (Doc. 15) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's complaint be **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim on which relief can be granted.

**DONE** this 1st day of September 2020.

**s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**