```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

SHANNON DEAN BARLOW, # 183626,  \*
    Plaintiff,  \*

vs.  \* CIVIL ACTION NO. 20-00088-KD-B

STEPHEN BILLY, *et al.*,  \*
    Defendants.  \*

### JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim on which relief can be granted.

**DONE** this 1st day of September 2020.

                                                  s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                CHIEF UNITED STATES DISTRICT JUDGE